IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 119

| | | |
|---|---|---|
| NORTH AMERICAN ROOFING SERVICES, INC., and CARLISLE CONSTRUCTION MATERIALS INCORPORATED, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| BPP RETAIL PROPERTIES, LLC, | ) ) | |
| Defendant | ) ) ) | |

**THIS MATTER** is before the court on William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* of Frederick W. Bode, III. It appearing that Frederick W. Bode, III is a member in good standing with the Pennsylvania State Bar and will be appearing with William A. Bulfer, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that William A. Bulfer's Application for Admission to Practice *Pro Hac Vice* (#9) of Frederick W. Bode, III is

**GRANTED**, and that Frederick W. Bode, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with William A. Bulfer.

Signed: May 20, 2013

Dennis L. Howell
United States Magistrate Judge