# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| NORTH AMERICAN ROOFING SERVICES, INC. and CARLISLE CONSTRUCTION MATERIALS INCORPORATED, | ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:13-cv-00119-MR-DLH |
| vs. | ) ) | |
| BPP RETAIL PROPERTIES, LLC, | ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2014 Order.

March 18, 2014

*(signature)*

Frank G. Johns, Clerk
United States District Court